IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:25-CV-01520-M

| | |
|---|---|
| ALLSTATE INDEMNITY COMPANY AS SOBROGEE OF BRYAN AND KAREN SNOWDON-WAY,<br><br>Plaintiff,<br><br>v.<br><br>FERGUSON ENTERPRISES, LLC, of VIRGINIA,<br><br>Defendant. | ORDER |

This matter comes before the court on the parties' Joint Motion to Remand. DE 8. Because the parties have agreed and stipulated to damages below the amount in controversy requirement, *see* DE 7; 29 U.S.C. § 1332(a), and for good cause shown, the motion is GRANTED.

The court ORDERS this matter to be remanded to the Superior Court of Pender County, North Carolina. The Clerk of the Court is directed to close this case.

SO ORDERED this __10th__ day of October, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE