UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ALLSTATE INDEMNITY COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | **CASE NO. 7:25-CV-1520-M** |
| FERGUSON ENTERPRISES, LLC of VIRGINIA, | ) ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

**This action came before the Honorable Richard E. Myers II, Chief United States District Judge, for ruling as follows:**

**IT IS ORDERED, ADJUDGED, AND DECREED** that pursuant to the Order entered at Docket Entry [10] on October 10, 2025, the parties Joint Motion for Remand [DE 8] is GRANTED. The court ORDERS this matter to be remanded to the Superior Court of Pender County, North Carolina. The Clerk of the Court is directed to close this case.

This Judgment filed and entered on October 10, 2025, and copies to:
Bunnie Elizabeth Todd (via CM/ECF electronic notification)
Matthew Burke (via CM/ECF electronic notification)
Christopher A. Page (via CM/ECF electronic notification)

October 10, 2025

Peter A. Moore, Jr.
Clerk of Court

By: Susan K. Edwards
Deputy Clerk